# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-10232 DSF (MRW) | Date | March 2, 2020 |
|---|---|---|---|
| Title | Bennett v. United States | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Petitioner: | | Attorneys for Respondent: |
| n/a | | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a habeas action involving a federal prisoner. The Court (Magistrate Judge Wilner) preliminarily screened the petition and noted considerable defects with it. Petitioner was ordered to file a supplemental statement addressing those defects. (Docket # 4.) Despite receiving an extension (Docket # 9), Petitioner failed to file a timely respone to the screening order.

2. Petitioner is ordered to show cause why this matter should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute. Petitioner's response to this OSC <u>and</u> his substantive response to the original order will be due by March 23. No further extensions are likely to be granted but for good cause supported by strong evidence.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**